**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Charlene Warren-Perkins,

Plaintiff,

v.

CheckSystems Midwest, Inc.,
d/b/a CHECKCARE SYSTEMS,
Charles Savitt,

Defendants.

**Case No. 00-217 ADM/AJB**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 13 Dec 2000

By ______________________
Steven T. Appelget (License #236998)
Attorneys for Plaintiff
1102 Grand Avenue
St. Paul, MN 55105
651-224-5079

FILED DEC 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11/17/00

By ______________________
Michael A. Klutho (License #186302)
Attorneys for Defendants
3500 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 12/15/00

______________________
Judge of United States District Court